**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Michelle R. Catanzaro and Philip A. Catanzaro,
Defendants,

Of whom Philip A. Catanzaro is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-001590

———————

Appeal From Colleton County
Peter L. Fuge, Family Court Judge

———————

Unpublished Opinion No. 2018-UP-023
Submitted December 15, 2017 – Filed January 11, 2018

———————

**AFFIRMED**

———————

Marshall L. Horton and Lindsay Yoas Goodman, both of
Horton & Goodman, LLC, of Bluffton, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Gregory Michael Galvin, of Galvin Law Group, of Beaufort, and Jessica Brilhante, of Brilhante Law Office, LLC, of Aiken, both for the Guardian ad litem.

---

**PER CURIAM:**  Philip A. Catanzaro appeals the family court's order for permanency planning.  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Catanzaro's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and HILL, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.